UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JAMES LATTIN,<br><br>  Petitioner,<br><br>  v.<br><br>GENA JONES,<br><br>  Respondent. | Case No. 2:23-cv-02916-JDP (HC)<br><br>**ORDER**<br><br>DIRECTING PETITIONER EITHER TO SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE REQUIRED FILING FEE<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

---

[1] Petitioner filed his petition on a 28 U.S.C. § 2241 form, however, upon review of the petition, petitioner seeks relief under 28 U.S.C. § 2254. Accordingly, the Clerk of Court is directed to amend the docket to reflect that this is an action brought pursuant to 28 U.S.C. § 2254.

1

2. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

3. The Clerk of Court is directed to amend the docket to reflect that this is an action brought pursuant to 28 U.S.C. § 2254.

IT IS SO ORDERED.

Dated:   January 3, 2024                                     _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE